THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent, v. STATE BOARD OF TAX COMMISSIONERS, Defendant.

CITY OF POUGHKEEPSIE, Appellant. (Six Proceedings.)

*People ex rel. N. Y. C. & H. R. R. R. Co.* v. *Tax Comrs,* 179 App. Div. 421, affirmed.

(Submitted April 23, 1918; decided May 7, 1918.)

APPEAL in each of six proceedings, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 2, 1917, which modified and affirmed as modified an order of Special Term reducing special·franchise assessments levied against the relator in the city of Poughkeepsie.

The following question was certified: " Is ·the value of the bridges erected by the relator or its predecessor at the time the railroad was constructed in the city of Poughkeepsie to carry highways over its tracks, assessable as a special franchise against the relator? "

*John B. Grubb, Corporation Counsel (George Worrall* of counsel), for appellant.

· *Alexander S. Lyman* and *George H. Walker* for respondent.

Order in each proceeding affirmed, with costs of one appeal; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and McLAUGHLIN, JJ.